■ In the Matter of KATHARINE G. BENEDICT, as Guardian of DOUGLAS B. SHARPE. J. DOUGLASS SHARPE v. KATHERINE G. BENEDICT.— Motion to dismiss appeal granted on consent of the parties. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of KATHARINE G. BENEDICT, as Guardian of GAMBLE SHARPE. J. DOUGLASS SHARPE v. KATHARINE G. BENEDICT. Motion to dismiss appeal granted on consent of the parties. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ UNITED STATES OF AMERICA v. MICHALINOS MARITIME & COMMERCIAL CO., LTD.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JAFFE TRADING CORPORATION v. OVERSEAS DISTRIBUTORS EXCHANGE, INC., et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of ROOSEVELT RACEWAY, INC. against GEORGE P. MONAGHAN, as Commissioner of Harness Racing.— Motion by Citizens Union of the City of New York to file a brief *amicus curiæ* granted insofar as to permit movants to file a brief *amicus curiæ* on condition that the said brief is filed with this court on or before May 16, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ LILLIAN LYON v. RELAXACIZOR SALES, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ ALBERT GUTWIRTH v. CAREWELL TRADING CORPORATION et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeals to be argued or submitted when reached. If this condition is not met, the respondents may submit for signature an order dismissing the appeals, without further notice to appellant. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of MAX EISENBERG against CAULDWELL-WINGATE CO. et al. HARRY H. LIPSIG, Appellant.— Motion to dismiss appeal denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JAMES W. TATE v. WALKER MEMORIAL BAPTIST CHURCH.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of SAMUEL PELKOWITZ, Deceased. JULIAN CHAIET, as Administrator; ATTORNEY-GENERAL OF THE STATE OF NEW YORK et al.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorneys for respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.